LAW OFFICE OF
# MICHAEL K. BACHRACH
224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
-------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *  
\* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com  
michael@mbachlaw.com

May 31, 2022

**By ECF**

The. Hon. Naomi Reice Buchwald  
United States District Court Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

> *Re: United States v. Duarte, et al.,*  
> *22 Cr. 253 (NPB)*

Dear Judge Buchwald,

    As Your Honor will recall, on May 10, 2022, I was appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, to represent Defendant Jeriel De Los Angeles in the above-referenced matter. At the time of the last court appearance on May 26, 2022, there was some confusion regarding whether Mr. De Los Angeles wanted me to continue as his attorney or whether he preferred to be represented by an attorney retained by his family instead. After giving Mr. De Los Angeles some time to discuss the matter further with his family, I have since spoken with Mr. De Los Angeles and he has informed me that he has decided to proceed with the attorney retained by his family, Elliot Fuld.

    Accordingly, pursuant to the Southern District of New York's Local Criminal Rule 1.2 and Local Civil Rule 1.4, the undersigned respectfully requested permission to withdraw as counsel for Mr. De Los Angeles so that retained counsel, Mr. Fuld, may now assume representation. Mr. Fuld has already entered an appearance in this case.

    Thank you for your time and consideration as well as for giving Mr. De Los Angeles the additional time to make this important decision.

Respectfully submitted,

*/s/ Michael K. Bachrach*

Michael K. Bachrach

cc: All counsel of record (by ECF)  
      Jeriel De Los Angeles (by U.S. mail)

```
Application granted. SO ORDERED.

    /s/ Naomi Reice Buchwald
    NAOMI REICE BUCHWALD
    UNITED STATES DISTRICT JUDGE
Dated: New York, New York
       June 1, 2022
```