UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

UNITED STATES OF AMERICA

     - against -

JARIEL DELOSANGELES                         **REMAND ORDER**

          Defendant.               22 Cr. 253 (NRB)

---------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the defendant, Jariel DeLosAngeles, pled guilty on November 29, 2022; it is hereby

    **ORDERED** that bail is revoked and the defendant is remanded to the custody of the United States Marshal Service.

DATED:     New York, New York
            November 29, 2022

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE