IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERIEL DELOSANGELES,<br>　　　　Petitioner | §<br>§<br>§ |
| vs. | §　Case No. 22-CR-253 |
| UNITED STATES,<br>　　　　Respondent | §<br>§ |

MOTION FOR REDUCTION IN SENTENCE
PURSUANT TO 18 U.S.C. § 3582(C)(2)

TO THE HONORABLE COURT:

COMES NOW, Jeriel Delosangeles, Petitioner-Defendant Pro Se, in the above styled numbered cause, and respectfully files and submits this his Motion for Reduction In Sentence, pursuant to 18 U.S.C. § 3582(c)(2). Petitioner shows cause in support of reduction through the following.

I.

The United States Sentencing Commission enacted an Amendment to the Sentencing Guidelines regarding persons with zero criminal history points. This Amendment, U.S.S.G. § 4C1.1, grants a two-point offense level reduction, if the defendant meets certain criteria. This Amendment became effective November 1, 2023. Petitioner understands that the Courts will not issue a ruling until February 1, 2024.

II.

Petitioner was convicted in the United States District Court for the Southern District of New York in Case No. 22-cr-253 on April 18, 2023, for Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams and More of Cocaine. His base offense level was 24 creating a Guideline range of

57 to 71 months, with zero (0) criminal history points. Petitioner was sentenced to 78 months.

### III.

Petitioner seeks a reduction in his sentence based upon the retroactive nature of § 4C1.1. As stated above, Petitioner has zero (0) criminal history points. He believes he meets the criteria requirements to receive the two-point reduction of his offense level.

To determine the amount of reduction in sentence, the discretion of the Court, after consideration of the sentencing factors in 18 U.S.C. § 3553(a).

Petitioner presents through the attached exhibits, incorporated herein, supportive factors in granting a reduction. Petitioner has successfully completed various classes to better himself in the most effective manner for rehabilitation. He has maintained financial responsibilities both Court-assessed and family. A reduction would help in providing financial assistance. Petitioner further believes a reduction will not deflect from the seriousness of the crime, promote respect for the law, and still provide a just punishment for the crime. A reduction will not effect the public safety or unwarranted sentence disparities.

### IV.

According to the Sentencing Guidelines, with the two-point reduction, Petitioner's new calculated offense level would be a Level 22. The new Guideline range would be 46 to 57 months. As where Petitioner was sentenced previously to 78 months, which is not within the range of the new Guideline range, a reduction in sentence to 16 months is recommended.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the Petitioner Jeriel Delosangeles, prays this Honorable Court finds merit and GRANTS a reduction in sentence, in the interest of justice.

Dated: 11/03/2023

Respectfully Submitted,

*[signature]*

Jeriel Delosangeles
Petitioner Pro Se
BOP # 72215-067
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

I, Jeriel Delosangeles, declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

SIGNED on this 03 day of 11, 2023.

Jeriel Delosangeles

*[signature]*

United States District Court
Office of the Clerk
U.S. Courthouse
500 Pearl Street, Room 120
New York, NY 10007-1312

RE: Jeriel Delosangeles v. U.S.
    No. 22-cr-253

Dear Court Clerk,

Please find enclosed my Motion for Reduction in Sentence to be filed and submitted to the Court for consideration and ruling.

Please keep me informed at the address below concerning this motion.

Thank you for your time and assistance in this case, it is greatly appreciated and welcomed. I await the Court's ruling.

                                          Sincerely,

                                          Jeriel Delosangeles
                                          Petitioner Pro Se
                                          BOP # 72215-067
                                          FCI Fort Dix
                                          P.O. Box 2000
                                          Joint Base MDL, NJ 08640

enclosure: 5 pages

cc: file

